FILED AH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2019 NOV 27  A 11: 45

CLERK U.S DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:19MJ 506 |
| | ) | |
| JAQUAN D. DALE, | ) | |
| | ) | Court Date: December 2, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT I (Misdemeanor 8110807)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 1, 2019, at Arlington National Cemetery, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JAQUAN D. DALE, did unlawfully, knowingly, and intentionally possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, a true and correct copy of the Criminal Information was mailed to the defendant at:

JAQUAN D. DALE
2401 Fort Dr.
Suitland, MD 20746

By: /s/ Andy Brunner-Brown
Andy Brunner-Brown
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: andy.brunner-brown@usdoj.gov